UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:  Case No.: 1-13-10583-CLB
  Chapter: 7
  Charles W Houser
  SSN: xxx-xx-0410
          Debtor(s)

**ORDER ESTABLISHING DEADLINES AND DUTIES OF TRUSTEE AND DEBTOR(S) UPON CONVERSION FROM CHAPTER 7 TO CHAPTER 13**

An Agreed Motion to Convert Case to Chapter 13 based upon stipulation with United States Trustee was submitted in the above-captioned case, and an Order granting said Motion was signed on June 17, 2013. This action requires the necessity of filing with the Court the following documents, if such documents have not already been filed:

1. The Chapter 7 Trustee not later than **30 days** after conversion of the case shall file and transmit to the U.S. Trustee:
   (a) an account of all receipts and disbursements made in the Chapter 7 case; and
   (b) a report on the administration of the case pursuant to 11 U.S.C. §704(9).
2. The Trustee forthwith shall turn over to the debtor all records and property of the estate remaining in the Trustee's custody and control.
3. The Trustee or any other party entitled to compensation not later than **30 days** after conversion of the case shall file an application for compensation and reimbursement of expenses.
4. The debtor not later than **14 days** after conversion of the case shall file the statements and schedules required by Rule 1007(b) of the Federal Rules of Bankruptcy Procedure.
5. The debtor not later than **14 days** after conversion of the case shall file a Chapter 13 plan.

Dated: JUN 1 8 2013

HONORABLE CARL L. BUCKI
Chief Judge, United States Bankruptcy Court

TO: Debtor(s)
    Debtor(s) Attorney
    Chapter 13 Trustee
    Chapter 7 Trustee
    United States Trustee

Form 7to13buf
www.nywb.uscourts.gov


FILED JUN 1 8 2013 BANKRUPTCY COURT BUFFALO, N.Y.